UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| PAUL DELGROSSO, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 4:11-CV-850 CAS |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

### ORDER

Pending before this Court is defendant State Farm Mutual Automobile Insurance Company's motion for a protective order. The above-captioned case was removed from state court on May 12, 2011. Pursuant to Missouri state law, plaintiffs served with their state petition written interrogatories, requests to produce documents, and notices of deposition directed to defendant. Under the Federal Rules of Civil Procedure, however, discovery is not to proceed prior to the parties conferring pursuant to Rule 26(f), which has not occurred in this case. See Fed. R. Civ. P. 26(d). Therefore, the Court will grant defendant's motion for a protective order. Defendant need not respond to plaintiffs' written interrogatories and requests to produce documents until 30 days after the parties have met and conferred pursuant to Rule 26(f). Depositions in this case shall not take place until after the parties have conferred, and pursuant to the notice requirements of Rule 30(b)(1).

The Court also directs that the parties are not required to confer pursuant to Rule26(f) until such time as the Court issues an Order Requiring Joint Scheduling Plan.

Accordingly,

**IT IS HEREBY ORDERED** that in accordance with this Order, defendant State Farm Mutual Automobile Insurance Company's motion for protective order is **GRANTED.** [Doc. 9]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of May, 2011.